NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 08 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WENDY J. PAULUK, Psy.D, individually and as personal representative of the proposed Estate of Daniel Pauluk; JAIME L. PAULUK; CHRISSY J. PAULUK,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>GLENN SAVAGE, an individual; EDWARD WOJCIK, an individual,<br><br>Defendants-Appellants. | No. 14-15027<br><br>D.C. No. 2:07-cv-01681-PMP-VCF District of Nevada, Las Vegas<br><br><br>ORDER |

Before: NOONAN, W. FLETCHER, and MURGUIA, Circuit Judges.

This court's Memorandum Disposition filed February 29, 2016, and reported at 641 Fed. Appx. 756, is withdrawn, and is replaced by the attached Opinion and Dissents. With the filing of the new Opinion, the panel has voted to deny the petition for rehearing en banc.

Subsequent petitions for rehearing and petitions for rehearing en banc may be filed.